ANNE M. BEVINGTON (SBN 111320)
ALLAN D. SHULDINER (SBN 252259)
TINO X. DO (SBN 221346)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, CA 94502
(510) 906-4710
(415) 882-9287 – Facsimile
abevington@sjlawcorp.com
ashuldiner@sjlawcorp.com
tdo@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, and its BOARD OF TRUSTEES; CHRIS CHRISTOPHERSEN and JORDAN SATRAP, TRUSTEES;

Plaintiffs,

v.

SPECTRUM PAINTING AND DECORATING, INC., a California corporation; SPECTRUM PAINTING AND DECORATING, a sole proprietorship; MADERA INVESTMENTS, LLC, a suspended California limited liability partnership; and DAVID MIN HANG CHAN AND SUZANNE D. CHAN (aka NAGY), Individuals,

Defendants.

Case No.: 18-cv-07723-EDL

STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] JUDGMENT

IT IS HEREBY STIPULATED and AGREED by and between the parties hereto that the Judgment shall be entered in this action in favor of Plaintiffs Bay Area Painters and Tapers Pension Trust Fund, and its Board of Trustees, Chris Christophersen and Jordan Satrap, Trustees, (collectively "Plaintiffs") and against Spectrum Painting and Decorating, Inc. ("Spectrum"),

- 1 -
STIPULATION FOR ENTRY OF JUDGMENT;
[PROPOSED] JUDGMENT, CASE NO. CV 18-07723 EDL
P:\CLIENTS\PATWL\CASES\Spectrum Painting & Decorating Inc\Pleadings\Drafts\Stipulated Judgment 1-28-19.doc

Spectrum Painting and Decorating, Madera Investments, LLC, David Min Hang Chan and Suzanne D. Chan (aka Nagy) (collectively "Defendants"), jointly and severally, as follows:

1. Defendant Spectrum was a participating employer in the Bay Area Painters and Tapers Pension Trust Fund ("Plan"). Spectrum withdrew from participation in the Plan which thereby triggered the Plan to assess withdrawal liability against Defendant Spectrum and all members of its controlled group, for the sum of $147,346.00.

2. On December 26, 2018, Plaintiffs filed this action against Spectrum and against Spectrum Painting and Decorating, Madera Investments, LLC, David Min Hang Chan and Suzanne D. Chan (aka Nagy) as Spectrum's controlled group members, to recover the unpaid withdrawal liability of $147,346.00, along with the statutory add-ons of interest at the rate of 5% per annum from December 1, 2015 until the date of payment, an amount equal to the greater of accrued interest or 20% of the unpaid withdrawal liability as liquidated damages, attorneys' fees and costs ("the Withdrawal Liability Claim").

3. The parties have reached a full and final settlement as set forth in this Stipulation.

4. In consideration of Defendants' agreement to make the settlement payments set forth in Paragraph 6, below, Plaintiffs conditionally waive all amounts contained in the Withdrawal Liability Claim except the amounts required as settlement payments herein. This waiver is conditioned on Defendants making full and timely payments as required in Paragraph 6, below. In addition to the claims described in the Complaint, the Plan will also forego the right to conduct an exit audit of Spectrum's records for the period of August 1, 2013 through June 30, 2014.

5. David Min Hang Chan and Suzanne D. Chan (aka Nagy) also confirm that they are personally guaranteeing the amounts due herein.

6. Defendants shall pay to Plaintiffs the amount of $32,000.04 ("Settlement Amount"), as follows:

    (a) $888.89 payable each month on or before the first of the month, beginning March 1, 2019, for a period of 36 months.

7. Payment of the Settlement Amount shall be made by checks made payable to "Bay Area Painters and Tapers Pension Trust Fund" and delivered by certified or express mail to counsel for the Trust Fund addressed to Allan D. Shuldiner, Esq., Saltzman & Johnson Law Corp., 1141 Harbor Bay Parkway, Suite 100, Alameda, CA 94502.

8. If any monthly installment payment required by Paragraph 6, above, is not timely received, Plaintiffs will give written notice of the default by email and first class mail to Defendants as follows:

> David Chan
> Suzanne Chan
> 1325 Howard Ave., No. 336
> Burlingame, CA 94010
> davespectrumsf@yahoo.com

Defendants shall have 7 days from the date of the email notice within which to cure the default.

9. Defendants shall have the right to increase the monthly payments at any time and there is no penalty for prepayment.

10. If a default in payment any payments required by Paragraph 6 is not cured as provided in Paragraph 8, above, Plaintiffs shall be entitled to an Amended Judgment in this action in favor of Plaintiffs and against Defendants, jointly and severally, pursuant to ERISA Section 502(g)(2) in the full amount of the Withdrawal Liability Claim, including $147,346.00, representing the unpaid withdrawal liability, interest, liquidated damages, attorney's fees and costs to date, less payments of principal amounts of the withdrawal liability, if any. The Judgment shall include interest at the rate of 5% per annum, an amount equal to the greater of accrued interest or 20% liquidated damages on the unpaid withdrawal liability, and all attorneys' fees and costs incurred in this action. All that shall be required for entry of the Amended Judgment shall be the filing of a declaration of a duly authorized representative of Plaintiffs as to Defendants' default in timely paying the full Settlement Amount, failure to cure the default, and all amounts remaining due under the terms of this Stipulated Judgment.

11. The Plaintiffs and Defendants specifically consent to the authority of a Magistrate Judge for all proceedings in this case, including trial, entry of final judgment, and post-judgment

proceedings, including, but not limited to, Plaintiffs' obtaining a Writ of Execution. The declaration or affidavit of a duly authorized representative of Plaintiffs as to the balance due and owing as of the date of default shall be sufficient to secure the issuance of a Writ of Execution.

12. Any failure on the part of the Plaintiffs to take any action against Defendants as provided herein in the event of any breach of the provisions of this Stipulated Judgment shall not be deemed a waiver of any subsequent breach by Defendants.

13. Should any provision of this Stipulated Judgment be declared or determined by any court of competent jurisdiction to be illegal, invalid, or unenforceable, the legality, validity, and enforceability of the remaining parts, terms or provisions shall not be affected thereby and said illegal, unenforceable or invalid part, term, or provision shall be deemed not to be part of this Stipulation.

14. This Stipulation may be executed in any number of counterparts and by facsimile, each of which shall be deemed an original and all of which shall constitute the same instrument.

15. The parties agree that the Court may retain jurisdiction of this matter until this Stipulated Judgment, and any further Amended Judgment, is satisfied.

16. The parties represent and warrant that they have had the opportunity to be or have been represented by counsel of their own choosing in connection with this Stipulation under the terms and conditions set forth herein, that they have read this Stipulation with care and are fully aware of and represent that they enter into this Stipulation voluntarily and without duress.

Dated: 02/28/19, 2019

**PLAINTIFFS:**

Bay Area Painters and Tapers Pension Trust Fund,

By: _____
Chris Christophersen, Trustee

By: _____
Jeannie Simpelo, Trustee

Dated: 02/22/19, 2019

**DEFENDANTS:**

Spectrum Painting and Decorating, Inc.

- 4 -

STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] JUDGMENT, CASE NO. CV 18-07723 EDL

P:\CLIENTS\PATWL\CASES\Spectrum Painting & Decorating, Inc\Pleadings\Drafts\Stipulated Judgment 1-28-19.doc

Dated: 2/20, 2019

By: _____
David Chan, Chief Executive Officer
Spectrum Painting and Decorating

By: _____
David Chan, Sole Proprietor

Dated: 2/20, 2019

Madera Investments, LLC

By: _____
David Chan, Chief Executive Officer

Dated: 2/20, 2019

_____
David Chan individually

Dated: 2/20, 2019

_____
Suzanne Chan, individually

APPROVED AS TO FORM:

ATTORNEYS FOR PLAINTIFFS:

Dated: March 4, 2019

Saltzman & Johnson Law Corporation

By: _____
Allan D. Shuldiner
Attorneys for Plaintiffs

## JUDGMENT

A Judgment is hereby entered under the terms set forth above. This Court shall retain jurisdiction of this matter until the judgment is satisfied.

IT IS SO ORDERED.

Dated: March 22, 2019

_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

- 5 -
STIPULATION FOR ENTRY OF JUDGMENT;
[PROPOSED] JUDGMENT, CASE NO. CV 18-07723 EDL
P:\CLIENTS\PATWL\CASES\Spectrum Painting & Decorating Inc\Pleadings\Drafts\Stipulated Judgment 1-28-19.doc